ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE  96-2443 (CCC) |
| EUGENIO DE LEON, ANA DELIA FLORES, JANET DE LEON, ZULMA DE LEON, MIGUEL ANGEL DE LEON | |
| v. | CIVIL CASE  97-1529(CCC) |
| ENRON CORPORATION, ET AL. | |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #1135, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk